**Order entered July 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01115-CV

### PATRICK DAUGHERTY, Appellant

### V.

### HIGHLAND CAPITAL MANAGEMENT, L.P., Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04005**

## ORDER

Before the Court is appellee's July 16, 2018 unopposed second motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than August 22, 2018. We caution appellee that further extension requests will be disfavored.

         /s/     **DAVID EVANS**
                    JUSTICE